**Order filed December 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-12-00064-CR

————————

**SCOTT FANCHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 6**
**Harris County, Texas**
**Trial Court Cause No. 1745796**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit No. 1 (a photograph).**

The Harris County District Clerk is directed to deliver to the Clerk of this court the original of State's Exhibit No. 1 (a photograph), on or before **December 11, 2013.  This case is set for submission on December 11, 2013.**  The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit No. 1 (a photograph), to the clerk of the Harris County District Clerk.

PER CURIAM